IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JARVIS MARCEL CAMPBELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH DAVIS, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACT. NO. 3:19-cv-813-ECM <br> (WO) |

**MEMORANDUM OPINION and ORDER**

On June 29, 2020, the Magistrate Judge entered a Recommendation (doc. 16) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice and the Defendants' motion to dismiss (doc. 11) is DENIED as moot.

A separate Final Judgment will be entered.

Done this 21st day of July, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE